UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS J. CARROLL

     v.                                     Civil No. 3:02 CV 790 (PCD)

KRISTINE D. RAGAGLIA, INDIVIDUALLY AND
AS COMMISSIONER OF THE CONNECTICUT
DEPARTMENT OF CHILDREN AND FAMILIES;
JUDITH FRITZ, INDIVIDUALLY AND AS A SOCIAL
WORKER OF THE CONNECTICUT DEPARTMENT
OF CHILDREN AND FAMILIES; LAURA CURRAN,
INDIVIDUALLY AND AS AN INVESTIGATOR FOR
THE CONNECTICUT DEPARTMENT OF
CHILDREN AND FAMILIES; DAWN DOTY,
INDIVIDUALLY AND AS A FORMER SOCIAL
WORKER OF THE CONNECTICUT DEPARTMENT OF
CHILDREN AND FAMILIES

## JUDGMENT

This matter came on for consideration on the defendants' motion for summary judgment before the Honorable Peter C. Dorsey, Chief United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on November 12, 2003, entered a Ruling on Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 14th day of November, 2003.

                                                    KEVIN F. ROWE, CLERK
                                                    By

                                                    Patricia A. Villano
                                                    Deputy Clerk

EOD: _____