## DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** December 17, 2003          **TO:** Intake Clerk

**FROM:** Phyllis Malone, 203-773-2140

FILED
Dec 29  2 28 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Carroll V Ragaglia, et al

**DOCKET NO.:** 3:02-cv-790 (PCD)

**NOTICE OF APPEAL:** filed: December 9th, 2003

**APPEAL FROM:** final judgment: On Motion for Summary Judgment

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:** Paid ✓    Due ____    N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge __No__

**COUNSEL:** CJA ____    Retained ✓    Pro Se ____

**TIME STATUS:** Timely ✓    Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____    Denied ____

**COA:** Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _R. Monson_   DATE: 12/23/03
DEPUTY CLERK, USCA