# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THOMAS CARROLL                     :     CIVIL NO. 302CV790 (PCD)
    *Plaintiff,*                :
                               :

    v.                          :

KRISTINE D. RAGAGLIA, et al.        :
    *Defendant.*               :     APRIL 15, 2004

## INDEX TO RECORD ON APPEAL

**DOCUMENT NO.**

| | DOCUMENT NO. |
|---|:---:|
| Complaint, filed 5/7/02 (Doc. # 1) | 1 |
| Answer and Affirmative Defenses to Complaint by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty, filed 7/22/02 (Doc. # 10) | 2 |
| Answer to Complaint by Thomas J. Carroll, filed 8/16/02 (Doc. # 11) | 3 |
| Joint Motion by Thomas J. Carroll, Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty for Order re: confidentiality, filed 2/11/03 (Doc. # 23) | 4 |
| Endorsement granting [23-1] motion for Order re: confidentiality (Doc. # 23-1) | 5 |
| Motion by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty for summary judgment (Doc. # 40) | 6 |
| Memorandum by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty in support of [40-1] motion for summary judgment (Doc. # 41) | 7 |
| Statement of Material Facts by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty regarding [40-1] motion for summary | 8 |

judgment, filed 9/11/03  (Doc. # 42)

Memorandum by Thomas J. Carroll in opposition to [40-1] motion           9
for summary judgment (Doc. # 43)

Statement of Material Facts in opposition by Thomas J. Carroll          10
regarding [40-1] motion for summary judgment, filed 9/11/03
(Doc. # 44)

Motion by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn         11
Doty to file under seal appendices in support of and in opposition
to summary judgment, filed 9/11/03 (Doc. # 46)

Endorsement granting [46-1] motion to file under seal appendices        12
in support of and in opposition to summary judgment (Doc. # 46-
1)

Exhibits by Thomas J. Carroll in Support of [43] Memorandum in          13
Opposition to Motion filed by Thomas J. Carroll (FILED UNDER
SEAL), filed 9/17/03 (Doc. # 50)

Appendix by Laura Curran, Dawn Doty, Judith Fritz, Kristine D.          14
Ragaglia In Support of [40] Motion for Summary Judgment filed
by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty
(FILED UNDER SEAL), filed 9/17/03 (Doc. # 51)

Revised Statement of Material Facts by Thomas J. Carroll in             15
opposition to motion for summary judgment, filed 9/18/03 (Doc. #
47)

Ruling Granting [40] Motion for Summary Judgment, filed                 16
11/12/03 (Doc. # 49)

Judgment in Favor Defendants, filed 11/14/03 (Doc. # 52)                17

Notice of Appeal, filed 12/02/03 (Doc. # 53)                           18

THE PLAINTIFF,
THOMAS J. CARROLL


By _James A. Wade_____
James A. Wade (ct 00086)
Marion Manzo (ct 22068)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent by U.S. mail postage prepaid to the following on this 15th day of April, 2004.

John E. Tucker, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman St.
Hartford, CT  06105

Marion Manzo