# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

THOMAS CARROLL : CIVIL NO. 302CV790 (PCD)
*Plaintiff,* :
:
v. :
:
KRISTINE D. RAGAGLIA, et al. :
*Defendant.* : APRIL 15, 2004

I HEREBY ACKNOWLEDGE RECEIPT OF THE
CERTIFIED COPY OF DOCKET ENTRIES /
INDEX IN LIEU OF RECORD ON APPEAL

## INDEX TO RECORD ON APPEAL

DATE: 4.22.04 TM
ROSEANN B. MacKECHNIE
CLERK, U.S.C.A. 2ND CIRCUIT

| | DOCUMENT NO. |
|---|---|
| Complaint, filed 5/7/02 (Doc. # 1) | 1 |
| Answer and Affirmative Defenses to Complaint by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty, filed 7/22/02 (Doc. # 10) | 2 |
| Answer to Complaint by Thomas J. Carroll, filed 8/16/02 (Doc. # 11) | 3 |
| Joint Motion by Thomas J. Carroll, Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty for Order re: confidentiality, filed 2/11/03 (Doc. # 23) | 4 |
| Endorsement granting [23-1] motion for Order re: confidentiality (Doc. # 23-1) | 5 |
| Motion by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty for summary judgment (Doc. # 40) | 6 |
| Memorandum by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty in support of [40-1] motion for summary judgment (Doc. # 41) | 7 |
| Statement of Material Facts by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty regarding [40-1] motion for summary | 8 |

| | |
|---|---|
| judgment, filed 9/11/03 (Doc. # 42) | |
| Memorandum by Thomas J. Carroll in opposition to [40-1] motion for summary judgment (Doc. # 43) | 9 |
| Statement of Material Facts in opposition by Thomas J. Carroll regarding [40-1] motion for summary judgment, filed 9/11/03 (Doc. # 44) | 10 |
| Motion by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty to file under seal appendices in support of and in opposition to summary judgment, filed 9/11/03 (Doc. # 46) | 11 |
| Endorsement granting [46-1] motion to file under seal appendices in support of and in opposition to summary judgment (Doc. # 46-1) | 12 |
| Exhibits by Thomas J. Carroll in Support of [43] Memorandum in Opposition to Motion filed by Thomas J. Carroll (FILED UNDER SEAL), filed 9/17/03 (Doc. # 50) | 13 |
| Appendix by Laura Curran, Dawn Doty, Judith Fritz, Kristine D. Ragaglia In Support of [40] Motion for Summary Judgment filed by Kristine D. Ragaglia, Judith Fritz, Laura Curran, Dawn Doty (FILED UNDER SEAL), filed 9/17/03 (Doc. # 51) | 14 |
| Revised Statement of Material Facts by Thomas J. Carroll in opposition to motion for summary judgment, filed 9/18/03 (Doc. # 47) | 15 |
| Ruling Granting [40] Motion for Summary Judgment, filed 11/12/03 (Doc. # 49) | 16 |
| Judgment in Favor Defendants, filed 11/14/03 (Doc. # 52) | 17 |
| Notice of Appeal, filed 12/02/03 (Doc. # 53) | 18 |

          THE PLAINTIFF,
          THOMAS J. CARROLL


          By _____
          James A. Wade (ct 00086)
          Marion Manzo (ct 22068)
          Robinson & Cole LLP
          280 Trumbull Street
          Hartford, CT 06103-3597
          Tel. No.: (860) 275-8200
          Fax No.: (860) 275-8299

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent by U.S. mail postage prepaid to the following on this 15th day of April, 2004.

John E. Tucker, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman St.
Hartford, CT 06105

                                                Marion Manzo