UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Thomas J. CARROLL | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 3:02cv790 (PCD) |
| | : | |
| Kristine D. RAGAGLIA, et al. | : | |
|     Defendants. | : | |

## ORDER FOR SUPPLEMENTAL BRIEFING

On October 7, 2004 the United States Court of Appeals for the Second Circuit issued a mandate in the above-captioned case, affirming in part and reversing in part this Court's judgment, and remanding the case to this Court for further proceedings. The Court of Appeals remanded the case to this Court to consider: (1) the effect of the delay in Carroll's hearing on the adequacy of due process in his case, and (2) Carroll's claim that the Department of Children and Families' act of listing him as a substantiated child abuser violated his substantive due process rights under the Fourteenth Amendment by, among other things, impeding his ability to pursue a career in child care.

Plaintiff is hereby ordered to submit, on or before March 3, 2005, a memorandum addressing the issues remanded for this Court's consideration. Defendants shall submit a reply memorandum no later than March 17, 2005.

SO ORDERED.

Dated at New Haven, Connecticut, February  17 , 2005.


                                                    /s/
                                  Peter C. Dorsey
                           United States District Judge