UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS CARROLL, | : | |
|     Plaintiff, | : | |
| | : | Case No. 3:02cv0790 (PCD) |
| v. | : | |
| | : | |
| KRISTINE D. RAGAGLIA, et al., | : | December 22, 2006 |
|     Defendants. | : | |

## ORDER

On December 12, 2006, the Court issued a ruling [Doc. No. 62] after a remand from the Second Circuit Court of Appeals to further consider Plaintiff's claims for injunctive relief in its prior ruling granting Defendants' motions for summary judgment. On December 19, 2006, Defendants filed a Motion to Alter or Amend Judgment and for Clarification [Doc. No. 63]. This motion is **granted in part**. To clarify the Court's December 12th ruling, the Court did not conclude that the Department of Children and Families could never defer a substantiation hearing during the pendency of the criminal charges without committing a constitutional error. Rather, the Court concluded that where, as here, Plaintiff requested his hearing to proceed despite the agency's intention to defer the hearing during the pendency of the criminal charges, the delay effected a violation of Plaintiff's constitutional right to timely procedural due process. The decision in this case was based upon the fact of Plaintiff's request for a hearing to which he was entitled, and the Court concluded that a substantiation hearing should not be automatically deferred during the pendency of the criminal charges in the face of Plaintiff's request to proceed.

Insofar as Plaintiff's decease is concerned, the notification letter of April 15, 2005, from Plaintiff's counsel was inadvertently not attached to the Court's file and therefore did not come to the attention of the undersigned. Accordingly, counsel for Plaintiff should be ordered on or

before January 5, 2007 to show cause why, in absence of a motion of substitution for the deceased Plaintiff and expiration of the time to so move, this case should not be dismissed as moot.

    SO ORDERED.

    Dated at New Haven on this 22nd day of December, 2006.

/s/
Peter C. Dorsey
United States District Judge