UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS CARROLL,   :   | |
| Plaintiff,   :   | |
| :   | Case No. 3:02cv0790 (PCD) |
| v.   :   | |
| :   | |
| KRISTINE D. RAGAGLIA, et al.,   :   | |
| Defendants.   :   | |

**ORDER**

Absent substitution for deceased plaintiff, this case, to the extent open after remand and decision after remand, is dismissed and the file closed.

SO ORDERED.

Dated at New Haven on this 29th day of October, 2007.

/s/
Peter C. Dorsey
United States District Judge